# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145923

JESUBEN ENGELHARDT and LORI
ENGELHARDT,
        Plaintiffs-Appellants,

v

ST. JOHN HEALTH SYSTEM – DETROIT-
MACOMB CAMPUS, d/b/a ST. JOHN
MACOMB HOSPITAL,
        Defendant-Appellee,

and

RAJESH C. BHAGAT, M.D. and
RAJESH C. BHAGAT, M.D., P.C.,
        Defendants.
_____/

SC: 145923
COA: 292143
Macomb CC: 2007-004652-NM

On order of the Court, the application for leave to appeal the April 19, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2013

_____
Clerk

d0327